Submitted on record and briefs November 20, 1987, fine vacated, order otherwise affirmed March 30, 1988

LANCE KRAUSS,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(05-87-335; CA A44861)

751 P2d 1123

Lance Krauss, Salem, filed the brief *pro se* for himself.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Scott McAlister, Assistant Attorney General, and David L. Kramer, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner, appearing *pro se,* seeks review of a final order of the Superintendent of the Oregon State Penitentiary which required him to serve 13 days in segregation and pay a $10 fine.

Respondent claims that the fine is authorized by OAR 291-105-051(11). We held in *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988), that the provisions of *former* OAR 291-105-051 relating to fines are invalid, because the rule was adopted without the notice required by ORS 183.335. Accordingly, the fine was invalid.

Fine vacated; order otherwise affirmed.